**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 05-CR-00342-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  CARL W. PURSLEY, JR.,

    Defendant.

_____

**ORDER FOR CUSTODIAL PLACEMENT**
_____

**Blackburn, J.**

    On December 5, 2005, during the continued Trial Preparation Conference, I had occasion to consider the custodial placement of defendant Pursley. After receiving the reports and recommendations of all parties in interest, I entered orders from the bench requiring that Pursley be returned for detention to FDC Englewood. I enter this order to memorialize, expatiate, and supplement those orders.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That effective forthwith, and throughout the course of these trial proceedings, except for good cause shown, the defendant, Carl W. Pursley, Jr., shall be detained at FDC Englewood; and

2. That the United States Marshal **SHALL TRANSFER AND TRANSPORT** defendant Pursley forthwith to FDC Englewood.

Dated in chambers December 5, 2005, to confirm orders entered from the bench in open court on December 5, 2005, at Denver, Colorado.

**BY THE COURT:**

s/Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**