**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 05-cr-00342-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  WENDEL R. WARDELL, JR.,

    Defendant.

_____

**ORDER DENYING PURSLEY'S MOTION FOR JUDGMENT OF ACQUITTAL
PURSUANT TO FED.R.CRIM.P. 29(C)**
_____

**Blackburn, J.**

    On the final day of trial, after the jury's verdicts had been published but before court was concluded, defendant Pursley made an oral motion for judgment of acquittal pursuant to Fed.R.Crim.P. 29(c). He indicated that he would file a written supplement to that motion, which he now has done. (*See* **Pursley's Supplement to Oral Rule 29(c) Motion** [#376], filed December 19, 2005.) I deny the motion.

    As required by the rule, I have reviewed all relevant and competent evidence, both direct and circumstantial, in the light most favorable to the government, without weighing conflicting evidence or considering the credibility of witnesses. ***See United States v. White***, 673 F.2d 299, 301-02 (10th Cir.1982). Under that standard, I find that evidence is sufficient to establish each element of each crime charged by proof beyond a reasonable doubt. ***Id***. Therefore, relief under Fed.R.Crim.P. 29(c) is not warranted.

**THEREFORE, IT IS ORDERED** that defendant Pursley's oral motion for judgment of acquittal under Fed.R.Crim.P. 29(c), as supplemented by his written Supplement to Oral Rule 29(c) Motion [#376], filed December 19, 2005, is **DENIED**.

Dated December 21, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court