**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 05-cr-00342-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. CARL W. PURSLEY, JR., and
4. WENDEL R. WARDELL, JR.,

    Defendants.

_____

**ORDER GRANTING GOVERNMENT'S MOTION
FOR ORDER REQUIRING RETURN OF COPIES OF TRIAL
EXHIBITS BY *PRO SE* DEFENDANTS**
_____

**Blackburn, J.**

The matter before me is the **Government's Motion for Order Requiring Return of Copies of Trial Exhibits by *Pro Se* Defendants** [#355], filed December 13, 2005.

The government seeks to require the *pro se* defendants to return their trial notebooks, which contain documentary materials that were included within the ambit of the **Protective Order** [#78], filed September 26, 2005, but were not, as provided by that order, printed on bright pink paper. I find that good cause exists to require return of the materials, which continue to implicate the security concerns that motivated entry of the Protective Order in the first instance.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the **Government's Motion for Order Requiring Return of Copies of Trial Exhibits by *Pro Se* Defendants** [#355], filed December 13, 2005, is **GRANTED**;

and

(2) That defendants Pursley and Wardell are **DIRECTED** to relinquish, to the extent they have not already done so, their copies of the government's trial notebooks to their respective advisory counsel as soon as practicable; and

(3) That advisory counsel for Pursley and Wardell are **DIRECTED** to return the copies of the trial notebooks to the government as soon as practicable after receipt from their respective clients.

Dated December 23, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge