# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00342-REB

U.S.A.,

    Plaintiff,

v.

CARL W. PURSLEY, JR.,

    Defendant.

# ORDER TO CURE DEFICIENCY

Blackburn, Judge

    Defendant submitted a Motion to Proceed In Forma Pauperis on March 10, 2006.  The court has determined that the document is deficient as described in this order.  Defendant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    _X_ is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
    ____ is not submitted
    ____ is missing affidavit
    _X_ is missing required financial information (is missing certified copy of prisoner's trust fund statement)
    ____ is missing an original signature by the prisoner
    _X_ is not on proper form (must use the court's current form)
    ____ other _____

Accordingly, it is

**ORDERED** that defendant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that defendant files in response to this order must include the civil action number and criminal action number on this order. It is

**FURTHER ORDERED** that the clerk of the court mail to defendant, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if defendant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 16th day of March, 2004.

BY THE COURT:

**s/ Robert E. Blackburn**
_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO