# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 05-cr-00342-REB-03 |
| | USM Number: 31096-013 |
| CARL W. PURSLEY, JR. | Pro Se |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on counts 1 and 2 of the Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Retaliate Against a Witness | 05/23/05 | 1 |
| 18 U.S.C. §§ 1513(b)(1) and 2 | Retaliation Against a Witness and Aiding and Abetting the Same | 05/23/05 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 10, 2006
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

March 28, 2006
Date

DEFENDANT: CARL W. PURSLEY, JR.
CASE NUMBER: 05-cr-00342-REB-03                                                    Judgment-Page 2 of 6

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred and fifteen (115) months on each of Counts 1 and 2, to be served concurrently with each other for a total sentence of 115 months, and to be served consecutively to the sentence imposed by this Court in U.S. District Court, District of Colorado, Case No. 03-cr-00415-REB-02; and to be served consecutively to any other sentence previously imposed, including, but not necessarily limited to the sentences imposed in the District Court of El Paso County, Colorado, in Case No. 91-CR-1718; the District Court of Lincoln County, Colorado, in Case No. 96-CR-34; and the District Court of Fremont County, Colorado, in Case No. 98-CR-78.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                UNITED STATES MARSHAL

                                                        By_____
                                                                Deputy United States Marshal

DEFENDANT:  CARL W. PURSLEY, JR.
CASE NUMBER:  05-cr-00342-REB-03                                                                                  Judgment-Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall not be placed on supervised release.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

DEFENDANT:  CARL W. PURSLEY, JR.
CASE NUMBER:  05-cr-00342-REB-03                                         Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 and 2 | $200.00 | $0.00 | $1,041.00 |
| **TOTALS** | $200.00 | $0.00 | $1,041.00 |

The defendant must make restitution to be paid from the registry of the court to the payee(s) listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| United States Marshals Service<br>Alfred A. Arraj U.S. District Courthouse<br>Attn: Administrative Officer<br>901 19th Street, Room 300<br>Denver, Colorado  80294 | $1,041.00 | $1,041.00 | |
| **TOTALS** | $1,041.00 | $1,041.00 | |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CARL W. PURSLEY, JR.
CASE NUMBER:  05-cr-00342-REB-03                                             Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment fee and restitution are due in full immediately.

The restitution obligation shall be joint and several with similar obligations to pay restitution imposed on Shawn C. Shields, Case No. 05-cr-00342-REB-01; Vernon W. Templeman, Case No. 05-cr-00342-REB-02; and Wendel R. Wardell, Jr., Case No. 05-cr-00342-REB-04.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal.

DEFENDANT:  CARL W. PURSLEY, JR.
CASE NUMBER:  05-cr-00342-REB-03                                                                                                    Judgment-Page 6 of 6

## STATEMENT OF REASONS

Pursuant to the United States Supreme Court ruling in the *United States v. Booker* and *United States v. Fanfan*, the United States Sentencing Commission Guidelines have become advisory.  The Court, while not bound to apply the Guidelines, has consulted the advisory guidelines and taken them into account with the sentencing factors identified at 18 U.S.C. § 3553(a).

**The court adopts the presentence report and advisory applications with these rulings on objections:**

The Court finds that the maximum statutory penalty for Count 1 is ten years and that the defendant's advisory guideline range for Counts 1 and 2 is 92 to 115 months.  Please refer to the attached transcript for specific rulings regarding the defendant's objections.

**ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):**

Total Offense Level:  24

Criminal History Category:  V

Imprisonment Range:  92 to 115 months

Supervised Release Term:  2 to 3 years

Fine Range:  $10,000  to  $100,000

The fine is waived because of the defendant's inability to pay.

**The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart.**

**RESTITUTION DETERMINATIONS**

Total Amount of Restitution:  $1,041.00

The court concludes that this statement of reasons for imposing a sentence in a criminal case is presumptively a matter of public interest and scrutiny.  *See* S. Rep. No. 225, 98th Cong., 1st Sess. 1983, 1984 U.S.C.C.A.N. 3182, 3263 (1983) ("The statement of reasons . . . informs defendant and the public of the reasons for the sentence.  It provides information to criminal justice researchers.")  No party has made a sufficient showing of "good cause," Fed R. Crim. P. 32(i)(4)(C), why it should **not** be a matter of public record.  Therefore, to facilitate systematic documentation of any decision concerning departure, in compliance with 18 U.S.C.A. § 3553(c)(2), this statement of reasons shall be entered and filed by the clerk as part of the judgment.