IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00342-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARL W. PURSLEY, JR.,

        Defendant.

---

ORDER GRANTING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Blackburn, Judge

        Defendant has submitted a Motion to Appoint Counsel and Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

        ORDERED that the defendant be permitted to file the Notice of Appeal without the prepayment of fees and costs, as provided by 28 U.S.C. § 1915 and Fed. R. App. P. 24.  The court having examined said motion, finds that this appeal is not frivolous and that the transcript is needed to decide the issue presented by the appeal pursuant to 28 U.S.C. § 753 (f).  The portion of the motion requesting court appointed counsel is denied with leave to re-file in the U.S. Court of Appeals for the Tenth Circuit. Accordingly, it is

        FURTHER ORDERED that if ordered by the defendant, the court reporter shall promptly prepare for inclusion in the record on appeal an original and one copy of the reporter's transcript of record of the evidence without the prepayment of the fees therefore, provided that the payment of the expense thereof shall be authorized and paid by the Administrative Office of the United States Courts.

        DATED at Denver, Colorado this 19th day of April, 2006

        BY THE COURT:

        s/ Robert E. Blackburn

        _____
        JUDGE, UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF COLORADO